UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ASSOCIATION OF INDEPENDENT GAS STATION OWNERS, represented by WEST MORELAND SERVICE INC. d/b/a GO WEST MART, GEORGE MINKEVICH, and ED MONTGOMERY, | )<br>)<br>)<br>)<br>) |
| Plaintiff(s), | ) Case No. 4:11CV2083 JCH |
| vs. | ) |
| QUIKTRIP CORPORATION, | ) |
| Defendant(s). | ) |

## **JUDGMENT**

In accordance with the Memorandum and Order entered this day and incorporated herein,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that Defendant's Motion to Dismiss is **GRANTED**, and Plaintiff's claims are **DISMISSED** without prejudice.

Dated this 20th day of July, 2012.

/s/Jean C. Hamilton
UNITED STATES DISTRICT JUDGE